IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
RICHMOND

UNITED STATES OF AMERICA,

    Appellee,

v.                                    APPEAL NO. 14-4818

MATTHEW HARRIS ENGLAND,

    Appellant.

### JOINT MOTION TO REMAND

      Comes now the United States of America, by Joshua C. Hanks, Assistant United States Attorney for the Southern District of West Virginia, and Defendant, Matthew Harris England, by counsel, Lex A. Coleman, Assistant Federal Public Defender and Jonathan D. Byrne, Research and Writing Specialist, and respectfully submit this Joint Motion for Remand in the above-styled case for the purpose of correcting appellant's sentence. This motion is based upon the fact that the instant case is not substantively distinguishable from *United States v. Davis*, 714 F.3d 809 (4th Cir. 2013) wherein this Court held that it was plain error for a district court to award restitution to the party from whom a firearm was stolen by a defendant who

pleaded guilty to a violation of 18 U.S.C. § 922(j) (possession of a stolen firearm). Counsel for appellant, Matthew Harris England, has been consulted and joins this motion.

        Respectfully submitted,

        R. BOOTH GOODWIN II
        United States Attorney


    By:    s/Joshua C. Hanks
        JOSHUA C. HANKS
        Assistant United States Attorney
        WV State Bar No. 8550
        300 Virginia Street, East
        Room 4000
        Charleston, WV 25301
        Telephone: 304-345-2200
        Fax: 304-347-5104
        Email: josh.hanks@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "JOINT MOTION TO REMAND" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this 2nd day of March, 2015, to:

>Lex A. Coleman
>Assistant Federal Public Defender
>Jonathan D. Byrne
>Research and Writing Specialist
>OFFICE OF THE FEDERAL PUBLIC DEFENDER
>Room 3400
>Robert C. Byrd U. S. Courthouse
>300 Virginia Street East
>Charleston, WV 25301-2523
>Email: lex_coleman@fd.org
>Email: jonathan_byrne@fd.org

>s/Joshua C. Hanks
>JOSHUA C. HANKS
>Assistant United States Attorney
>WV State Bar No. 8550
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone: 304-345-2200
>Fax: 304-347-5104
>Email: josh.hanks@usdoj.gov