FILED: March 18, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4818
(2:14-cr-00030-1)
_____

UNITED STATES OF AMERICA,

      Plaintiff – Appellee,

v.

MATTHEW HARRIS ENGLAND,

      Defendant – Appellant.

_____

O R D E R
_____

Upon consideration of the joint motion to remand, the court grants the motion and remands this case to the district court for the limited purpose of providing the district court an opportunity to correct appellant's sentence.

The parties shall file a status report on April 17, 2015 and every thirty days thereafter on the status of the case below.

For the Court

/s/ Patricia S. Connor, Clerk